FILED

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0492

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 19-0492

PARK COUNTY ENVIRONMENTAL
COUNCIL and GREATER
YELLOWSTONE COALITION,

      Plaintiffs and Appellees,

    v.

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY and
LUCKY MINERALS, INC.,

      Defendants and Appellants,

  and

TIM FOX, in his capacity as Attorney
General of the STATE OF MONTANA

      Intervenor and Appellant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

GRANT OF UNOPPOSED
MOTION FOR EXTENSION
OF TIME

Pursuant to Rule 26(1), M.R.App.P. and for good cause appearing, the Department of Environmental Quality's unopposed motion for an extension of time to file a supplemental brief on the issues identified in this Court's Order issued on May 19, 2020 is **GRANTED**. All parties shall file their respective supplemental briefs on or before July 10, 2020.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 3 2020